# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **20 Mag. 9243**　　　　　　　　　　　Date **Oct. 27, 2020**

USAO No. **2020R00273**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint　　　　☐ Removal Proceedings in

*United States v.* **Wallys Tineo**

The Complaint/Rule 40 Affidavit was filed on **Aug. 30, 2020**

✓ *U.S. Marshals please withdraw warrant*

　　　　　　　　　　　　　　　　　　　　　　**JACOB GUTWILLIG**
　　　　　　　　　　　　　　　　　　　Digitally signed by JACOB GUTWILLIG
　　　　　　　　　　　　　　　　　　　Date: 2020.10.27 11:11:14 -04'00'

　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　　(handwritten or digital signature)

　　　　　　　　　　　　　　　　　　　(print name if signature handwritten)

**SO ORDERED:**

DATE: October 27, 2020

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE